# UNITED STATES DISTRICT COURT
для the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) Case No. 17-483 MJ |
| Rosalinda Mayve | ) |
| USC | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

### Count 1:

On or about October 23, 2017, at or near Stanfield, in the County of Pinal, in the District of Arizona, Rosalinda Mayve, knowingly and with reckless disregard of the fact that certain aliens, Hipolito Catinac-Tahay, Rolando Rajpop-Ramirez and Francisco Sohom-Chocoy had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

REVIEWED BY: AUSA Natalie B. Huddleston for Kathy Lemke

_____
Signature of Complainant
Albert A. Martinez
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence, October 25, 2017, at Phoenix, Arizona.

_____
Signature of Judicial Officer
Honorable Michelle H. Burns
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Albert A. Martinez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Border Patrol Agent with U.S. Border Patrol, U.S. Customs and Border Protection. I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other agents.

2. On October 23, 2017 Supervisory Border Patrol (SBPA) Agent H. Schwenkhoff was performing his assigned duties in the vicinity of Stanfield, Arizona. At approximately 10:00 PM, Pinal County Sheriff's Office (PCSO) requested Border Patrol assistance on a vehicle stop regarding a possible alien smuggling load near the city of Casa Grande.

3. Agent Schwenkhoff arrived on scene at Interstate 8, milepost 178, and made contact with Deputy Wheeler (Badge #2221). Deputy Wheeler informed him he had conducted a vehicle stop on a white Chrysler Pacifica (AZ BYJ 9431) for failure to keep right/driving too slow on the interstate (A.R.S 28-721).

4. Border Patrol Agent (BPA) A. Sulli then arrived on scene at this time. Both agents approached the white Pacifica and identified themselves to the occupants of the vehicle as Border Patrol Agents. The driver was identified as a juvenile, and is a citizen of the United States. The front seat passenger was identified as Rosalinda Mayve, the mother of the driver, and also a citizen and national of the United States.

5. Agents Sulli and Schwenkhoff then proceeded to perform immigration inspections on

1

the remaining six occupants of the vehicle. All of the remaining six subjects were determined to be illegally present in the United States. None of the subjects had the proper documentation allowing them to be in, pass through, or remain in the United States.

6. Both the driver and the passenger were placed under arrest for 8 USC 1324. The six remaining illegal aliens were also placed under arrest and transported separately to the Casa Grande Border Patrol Station.

7. The driver, a juvenile, was not charged and was released to his grandmother.

8. The passenger Rosalinda Mayve was read her Miranda Rights (I-214) on October 24, 2017 at 12:50 AM by BPA J. Carpenter and witnessed by BPA M. Bergeron and invoked her right to remain silent and not answer any questions without an attorney present.

9. The following is a written synopsis of an interview of Hipolito Catinac-Tahay by BPA Jesse Delatorre of the videotaped sworn statement taken before him at the Casa Grande Border Patrol Station at approximately 1:46 am.

10. Catinac-Tahay stated that he does not possess any documentation that would allow him to be legally present in the United States. Catinac-Tahay stated that he is from Solola, Guatemala. Catinac-Tahay stated that he was trying to get to Houston, Texas to seek employment and live there.

11. Catinac-Tahay stated that a person by the name of "Lucas" recommended a good smuggler that goes by the name of "Emilio". Catinac-Tahay stated that "Emilio" made

all arrangements with him in Guatemala. Catinac-Tahay stated that he agreed to pay "Emilio" $10,000.00 Quetzals' as an advanced fee and that he was going to pay the rest when he got to this destination, a total of $80,000.00 Quetzal's. Catinac-Tahay stated that "Emilio" explained that once he got to Altar, Sonora, Mexico that other smugglers were going to meet with him and that he had to give them the code word "Tucanes".

12. Catinac-Tahay stated he then traveled to Altar and met with other foot guides. Catinac-Tahay stated that the smugglers then transported him to the United States/Mexico border with a group of twenty individuals on October 20, 2017. Catinac-Tahay stated that the foot guides gave them cellphones and sent the entire group in pairs and all spread out. Catinac-Tahay stated that at times the smugglers guided them using these cellphones. Catinac-Tahay stated his group consisted of three foot guides that used the monikers of "El Chikilin", "Tomas", and another unknown individual.

13. Catinac-Tahay stated that only ten of those original twenty made it to the first load out location, where they were picked up by a white pick-up. Catinac-Tahay stated that the first driver only spoke English and that he would only talk to the foot guides. Catinac-Tahay stated that they were then told that they were going to mount a different vehicle. Catinac-Tahay stated that they were driven for approximately 15 minutes and then had to jump into a different vehicle.

14. Catinac-Tahay stated that a woman was driving the second vehicle and that she had

4

her son sitting in the passenger side seat. Catanac-Tahay stated that the woman had a blue shirt with white buttons or designs. Catinac-Tahay stated that he remembers seeing the juvenile wearing a red in color t-shirt.

15. Catinac-Tahay was asked if any words were exchanged by the driver and the group. Catinac-Tahay stated that the female driver kept reassuring the group, telling them to not worry because they had already made it. Catinac-Tahay stated that she also asked the group how many individuals were originally in the group when they crossed the border. Catinac-Tahay stated that the group told her that they originally crossed with twenty individuals but only about ten made it and only six individuals mounted her vehicle. Catinac-Tahay stated that he thinks she asked about how big the group was because he thought she wanted more money for the job.

16. Catinac-Tahay stated that she drove for approximately an hour and a half to two hours before she made a quick stop at a gas station. Catinac-Tahay stated that she acted nervous when she made the stop and asked her son to drive from there on. Catinac-Tahay stated that the son and the female driver swapped seats. Catinac-Tahay stated that the son drove about three minutes before they were stopped by officers. Catinac-Tahay stated that no one ran and that everyone that was in the vehicle was apprehended.

17. Catinac-Tahay was shown a photo line-up folder with photos of six (6) subjects numbered one to six affixed inside. Catinac-Tahay was asked that if he recognized a person in the line-up, to explain who that person was and how he knows that person.

5

Catinac-Tahay was told that he was under no obligation to identify anyone and that it was perfectly fine if he did not recognize anyone in the group of pictures.

18. Catinac-Tahay pointed to and circled the photo in box number four (4). Catinac-Tahay identified the subject in box number four (4) as the female driver of the vehicle. The photo in box number four (4) is a picture of the defendant, Rosalinda Mayve.

19. Catinac-Tahay affirmed that all statements were given freely and voluntarily, and that no threats, coercion, and/or promises were made. The interview was then terminated at approximately 2:17 am.

20. The following is a written synopsis by BPA Jesse Delatorre of the videotaped sworn statement of Rolando Rajpop-Ramirez, taken before him at the Casa Grande Border Patrol Station at approximately 2:33 am.

21. Rajpop-Ramirez stated that he does not possess any documentation that would allow him to be legally present in the United States. Rajpop-Ramirez stated that he is from Santa Catarina, Guatemala and that he was trying to get to Los Angeles, California to seek employment and live there.

22. Rajpop-Ramirez stated that on this event he and another four Guatemalan Nationals traveled to the city of Altar, located in Sonora, Mexico. Rajpop-Ramirez stated that they were guided by smugglers from Guatemala to Altar via cellphones. Rajpop-Ramirez stated once they arrived in Altar, he was given a blue Samsung flip phone. Rajpop-Ramirez stated that his group that consisted of five Guatemalan Nationals were then transported to the United States/Mexico International Boundary Line

6

(border). Rajpop-Ramirez stated that he agreed to pay $5,000.00 Quetzals in advanced and that he was also going to pay the smugglers, once he arrived at his destination, a total of $60,000.00 Quetzals.

23. Rajpop-Ramirez stated that he does not remember when they crossed the border, but that they crossed it at approximately 11:00 AM. Rajpop-Ramirez stated that they walked for approximately three days before getting picked up by the first load vehicle. Rajpop-Ramirez stated that they were being guided by the smugglers via text message on the cellphone. Rajpop-Ramirez stated that the first vehicle was a grey SUV type of vehicle, and once inside were transported to an unknown location and then dropped off so that they could walk around a checkpoint. After having walked around the checkpoint, Rajpop-Ramirez stated that they mounted the second load vehicle.

24. Rajpop-Ramirez stated that the second vehicle was the vehicle that the officers seized, and that it had three rows of seats. Rajpop-Ramirez stated that before they mounted the vehicle, their foot guide took off. Rajpop-Ramirez stated that for the second vehicle, a female driver, along with her son, picked them up. Rajpop-Ramirez stated the female driver drove them for approximately two hours before stopping. Rajpop-Ramirez stated everyone from that vehicle was apprehended, including the female driver and her son. Rajpop-Ramirez stated that the driver was supposed to drop them off in the city of Phoenix, Arizona.

25. Rajpop-Ramirez was asked if he could describe what the driver and passenger that picked them up were wearing, and stated that the female driver was wearing a blue

7

shirt, and that her son had grey shorts and maybe an orange in color t-shirt.

26. Rajpop-Ramirez was shown a photo line-up folder with photos of six (6) subjects numbered one to six affixed inside. Rajpop-Ramirez was asked that if he recognized a person in the line-up, to explain who that person was and how he knows that person. Rajpop-Ramirez was told that he was under no obligation to identify anyone and that it was perfectly fine if he did not recognize anyone in the group of pictures. Rajpop-Ramirez pointed to and circled the photo in box number four (4). Rajpop-Ramirez identified the subject in box number four (4) as the female driver of the light grey SUV type vehicle. The photo in box number four (4) is a picture of the defendant, Rosalinda Mayve.

27. Rajpop-Ramirez affirmed that all statements were given freely and voluntarily, and that no threats, coercion, and/or promises were made. The interview was then terminated at approximately 2:57 am.

28. The following is a written synopsis by BPA J. Mariona of the videotaped sworn statement of Francisco Sohom-Chocoy, taken before him at the Casa Grande Border Patrol Station at approximately 1:38 am.

29. Sohom-Chacoy stated he is a citizen and national of Guatemala who is illegally in the United States. He stated he made arrangements with a human smuggler in Guatemala to be smuggled to the United States. Sohom-Chacoy paid the smuggler 3,000 Quetzals and was later going to pay 67,000 quetzals once reaching San Francisco, California.

30. Sohom-Chacoy stated that he had several different smugglers take him through

Mexico until reaching Altar, Sonora. Sohom-Chacoy stayed in Altar for five days before being taken to the border with 20 other migrants. Once at the border, Sohom-Chacoy was told to guide off a water tower until reaching a paved road. Once reaching a paved road, the group was going to be picked up by a vehicle. Sohom-Chacoy was sent walking north with another migrant instead. He then walked north for another two days before reaching another paved road. A vehicle approached him and yelled his name. Sohom-Chacoy entered the vehicle and rode for about 30 minutes.

31. Sohom-Chacoy stated that he, along with other migrants, were placed in a tool shed for two or three days, when he was finally picked up by a truck with a male driver. He stated that they were driven to another unknown location and met up with a white vehicle driven by a female driver, and all six people in the truck got in that vehicle. Sohom-Chacoy stated that the female driver was accompanied by a young man. He also stated that the destination was to be Phoenix, Arizona.

32. Sohom-Chacoy stated that en route to Phoenix, the driver stopped at a gas station, where the driver switched seats with the young man, whom he believed was her son. They were then pulled over by the police a few minutes later.

33. Sohom-Chacoy was shown a photo line-up folder with photos of six (6) subjects numbered one to six affixed inside. Sohom-Chacoy was asked that if he recognized a person in the line-up, to explain who that person was and how he knows that person. Sohom-Chacoy was told that he was under no obligation to identify anyone and that it was perfectly fine if he did not recognize anyone in the group of pictures. Sohom-

Chacoy pointed to and circled the photo in box number four (4). Sohom-Chacoy identified the subject in box number four (4) as the female driver of the vehicle. The photo in box number four (4) is a picture of the defendant, Rosalinda Roxanne Mayve.

34. Sohom-Chacoy affirmed that all statements were given freely and voluntarily, and that no threats, coercion, and/or promises were made. The interview was then terminated at approximately 2:13 AM.

35. Based on the above stated facts, your affiant submits that there is probable cause to believe that on or about October 23, 2017, at or near Casa Grande, Arizona in the County of Pinal, in the District of Arizona, Rosalinda Mayve, knowingly and with reckless disregard of the fact that certain aliens, Hipolito Catinac-Tahay, Rolando Rajpop-Ramirez and Francisco Sohom-Chocoy, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

_____
Signature of Complainant
Albert A. Martinez
U.S. Border Patrol Agent

Sworn to and subscribed before me this 25th day of October, 2017.

_____
Signature of Judicial Officer
Honorable Michelle H. Burns
United States Magistrate Judge